**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. GLR-19-0567 |
| v. | * (Conspiracy to Commit Mail Fraud, 18 |
| | * U.S.C. § 1349; Mail Fraud, 18 U.S.C. § |
| DAVID JAMES GREEN, and | * 1341; Forfeiture, 18 U.S.C. § |
| MCARNOLD CHARLEMAGNE, | * 981(a)(1)(C), 28 U.S.C. § 2461(c)) |
| | * |
| Defendants | * |

*******

## MOTION TO SEAL INDICTMENT AND ARREST WARRANTS

Now comes the United States of America, by its attorneys, Robert K. Hur, United States Attorney for the District of Maryland, and Sean R. Delaney and Matthew J. Maddox, Assistant United States Attorney's for said District, and respectfully moves this Court to order that this Indictment, Arrest Warrant, and related documents be **SEALED** in order to guard against destruction of evidence.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: /s/ Sean R. Delaney
Sean R. Delaney
Matthew J. Maddox
Assistant United States Attorney

ORDERED as prayed this 3rd day of December, 2019.

A. David Copperthite
United States Magistrate Judge